

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 05, 2025
_____

NVB 1007–10 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  

PARNELL COLVIN III  

                Debtor(s)

BK–25–11109–abl  
CHAPTER 7

ORDER ON DEBTOR'S CERTIFICATION OF EXIGENT CIRCUMSTANCES

~~Hearing Date:~~  
~~Hearing Time:~~

On consideration of the Debtor's Certificate of Exigent Circumstances, and for good cause shown, **IT IS ORDERED** that:

- ☐ ~~The debtor's request is DENIED.~~

- ☑ The debtor's request is GRANTED, and the time within which the debtor must file a Certificate of Credit Counseling is extended for a period not to exceed thirty (30) days from the date the petition was filed.

- ☐ ~~A hearing has been scheduled before a United States Bankruptcy Judge. Hearing information is as follows:~~
  ~~Hearing Date:~~  
  ~~Hearing Time:~~  
  ~~Hearing Location:~~ ~~(833) 435–1820~~  
  ~~Hearing Meeting ID:~~ ~~161 110 6049~~  
  ~~Hearing Passcode:~~ ~~154251~~

###