

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 05, 2025
_____

NVB 1006C (Rev. 12/20)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−11109−abl |
| PARNELL COLVIN III | CHAPTER 7 |
| Debtor(s) | ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE |

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

GRANTED.

However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

###