NVB 8010–1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–25–11109–abl |
| PARNELL COLVIN III | CHAPTER 7 |
| Debtor(s) | Appeal Reference Number: 25–16 AND 25–19 |
| | BAP Number: 25–1101 and 25–1115 |
| PARNELL COLVIN III | |
| Appellant(s) | STATUS REPORT REGARDING RECORD ON APPEAL |
| vs | |
| LENARD SCHWARTZER et al | |
| Appellee(s) | |

To: Bankruptcy Appellate Panel
125 South Grand Avenue,
Pasadena, CA 91105

U.S. Trustee

The record on the above–entitled appeal has not been forwarded for the following reason(s):

* No Designation of Record Filed
* No Statement of Issues Filed
* No Notice Regarding Transcripts Filed
* No Reporters Transcript Filed
* Other: APPEAL FILING FEE HAS NOT BEEN PAID

Dated: 8/4/25

*Daniel S. Owens*

Daniel S. Owens
Clerk of Court